United States District Court
for the District of Maryland

DKC 14 CV 2939

____ FILED    ____ ENTERED
____ LOGGED   ____ RECEIVED

SEP 17 2014

AT GREENBELT
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Jim Gray
6805 Valley Park Road
Seat Pleasant MD 20743         Plaintiff

Complaint
Plaintiff Demands Trial by Jury

Richard Sarles
General Manager
Washington Metropolitan area
Transit Authority
600 5th Street .N.W.
Washington DC 20001            Defendant


Unidentified Metro Transit
Police Officers 1, 2, 3
600 5th Street .N.W.
Washington DC 20001            Defendants


At all times herein after mentioned, plaintiff was and still is a resident of Maryland.

Defendant, Washington Metropolitan area Transit Authority is a U.S. Government agency.

The jurisdiction of the court is invoked pursuant to 28 U.S.C. 1391
42 U.S.C.1983 malicious prosecutions,
Title 18. U.S.C., Section 241
Title 18. U.S.C., Section 242
Title 18. U.S.C., Section 14141
False arrest and Fabrication of evidence
Public Law 94-306- June 4, 1976   90 STAT.673 section (c)

1

1) Factual and Procedural Background

July 30th 2013 at approximately 1656 hours while traveling westbound on Central Avenue in the city of Capitol Heights Maryland I was driving my blue dodge Durango in the number 2 lane I passed 2 Metro transit police unit approximately at 7306 block of Central Avenue still traveling west, the 2 Metro transit police units we're traveling in the number 3 Lane of Central Avenue Westbound also.
It was at this time that I noticed that the Metro transit police unit had change lanes and was now following very very close behind me at which point he activated his overhead lights and siren, at which point I pulled over coming to a stop at the intersection Pepper Mill drive and Central Avenue in the City of Capitol Heights Maryland.
At this point I was approached by an Hispanic male officer on the driver side of my car who asked me " why was I speeding "at which point I asked the officer when did Metro Transit Police get the authority to conduct traffic stops on State Highways that are not on Metro transit property?
At that point another Metro Transit Police Officer a white male responded that we have jurisdiction within 150 feet of a Metro bus stop and you were speeding when you passed a Metro bus stop, it was at this time that I asked the Hispanic officer" was I free to go or are you detaining me against my will?" Which he did not respond to he demanded to see my drivers license and registration which I produced ," I again ask the officer am I free to leave or are you detaining me against my will" which he refused to respond to as he walked away with my drivers license and registration back to his vehicle.
The other 2 white male Metro Transit Police Officers took up a security position, one of the white male police officers standing watch over me with his hand near his weapon in a menacing manor made me so nervous by his actions I then placed a called to Metro Transit Police Headquarters requesting a supervisor be dispatched as quickly as possible because I fear for my safety and my life due to the aggressive behavior displayed by the officer.
I think the officer could hear me talking to Metro Transit command and he started taken pictures of my car and yelling he is at a bus stop now, the person I was talking to informed me that a supervisor was on the way and I hung up the phone.
One of the white male officer walked back to talk with the Hispanic officer at his vehicle and they were talking and motioning towards me, it was at this time I placed a call to 911 I thought they were going to set me up so they could kill me. I called 911 and asked if a police unit could respond because I felt my life is in danger from the Metro Transit police officers that have me pulled over, the 911 operator asked me why did they pull me over and I informed them that the officer stated that I speeding when I passed a bus stop.
The 911 operator asked me my location and I did not know so I asked the other white male officer standing watch over me if I could get out of the car to read the

street sign to give my location to the 911 operator, he told me NO I asked him if he could give the operator our location and he replied NO!
The 911 operator informed me that they had my location and a unit was on the way, a marked Prince George's County unit responded and I informed the officer what was going on and why I called and he stayed until I left the scene.
The Hispanic officer gave me 2 citations one for unreasonable speed 35 MPH in a 30 MPH zone with a fine of $90.00 and a seatbelt infraction $25.00, the posted speed limit in that location is 40MPH

On April 22, 2014 in the District Court of Maryland for Prince George's County all charges were dismissed by Judge Gregory C. Powell.


2) Discussion

> Public Law 94-306- June 4, 1976   90 STAT.673 section (c)
> *Transit Zone, and the rules and regulations of the Authority. The jurisdiction of the Metro Transit Police shall be limited to all the transit facilities owned, controlled, or operated by the Authority, but this shall not limit the power of the Metro Transit Police to make arrests in the Transit Zone for violations committed upon, to, or against such transit facilities committed from within or outside such transit facilities while in hot or close pursuit, or to execute traffic citations and criminal process in accordance with subsection (c).*
> *"(c) Members of the Metro Transit Police shall have power to execute on the transit facilities owned, controlled, or operated by the Authority any traffic citation or any criminal process issued by any court of any signatory or of any political subdivision of a signatory, for any felony, misdemeanor, or other offense against the laws, ordinances, rules, or regulations specified in subsection (a). However, with respect to offenses committed upon, to, or against the transit facilities owned, controlled, or operated by the Authority, the* **Metro Transit Police shall have power, except in the State of Maryland, to execute criminal process within the Transit Zone.**

The main point not in dispute is that at no time was the plaintiff ever on any property controlled or operated by the Washington Metropolitan Transit Authority, and as the above law states Metro Transit Police shall have powers, except in the State of Maryland to execute criminal process within the Transit Zone.
By the officers filing of false charges the plaintiff was their by exposed to further charges and incarceration by the state arising from the defendants false initial charges.

WHEREFORE, plaintiff demands:

Summary judgment for damages in the amount of $1,500,000.00

Permanent injunction against the defendant's police officers from performing certain acts in the future issuance of false traffic citations with out legal authority and the illegal detaining of citizens with out probable cause. I would also ask the court to order the defendant to refund the money gained through the issuance of false citations by its officers.

Any further relief which the court may deem appropriate

                                             Mr. Jim Gray
                                             6805 Valley Park Road
                                             Seat Pleasant MD 20743
                                             Cell# 301-708-1389

Date: _____